**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Britt Raymond Singleterry,                    )   No. CV-06-2380-PHX-DGC
                                              )
                  Plaintiff,                  )   **ORDER**
                                              )
vs.                                           )
                                              )
Dora Schriro and the Attorney General of)
the State of Arizona,                         )
                                              )
                  Defendants.                 )
_____)

        Petitioner filed a Petition for Writ of Habeas Corpus on October 6, 2006.  Dkt. #1.
On October 23, 2008, Magistrate Judge Hector Estrada issued a Report and Recommendation
recommending that the petition be denied.  Dkt. #20.  Petitioner filed objections to the
Magistrate Judge's Report and Recommendation.  Dkt. #23.

        **IT IS ORDERED** that Respondents shall file a response to Petitioner's objections by
February 6, 2009.  No reply shall be filed.

        DATED this 21st day of January, 2009.

                                              David G. Campbell
                                              United States District Judge